PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED

MAY 2 2 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

4:23MJ198-JTK

Name of Offender: Gregory Lee Fuentes                    Case Number: DR-17-CR-484(1)

Name of Sentencing Judicial Officer:  The Honorable Fred Biery, United States District Judge

Date of Original Sentence:  November 22, 2002

Original Offense: Attempted Escape, 18 U.S.C. § 751(a)

Original Sentence: 27 months imprisonment, to be served concurrently followed a 3 year term of supervised release to be run concurrently to DR-00-CR-513(2)WWJ and DR-01-CR-501(1)WWJ. October 15, 2014, sentenced amended to 0 months imprisonment or time served followed by a 3 year term of supervised released to be served concurrently to DR-00-CR-513(2) and DR-01-CR-501(1).

Type of Supervision: Supervised Release          Date Supervision Commenced:  April 8, 2016

Assistant U.S. Attorney:  Karen Norris          Defense Attorney:    Steven N. Harkiewicz

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition No. 2:** The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month. |
| 2. | **Standard Condition No. 3:** The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer. |

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
Deputy Clerk

On or about February 17, 2017, the Houston Police Department along with the United States Drug Enforcement Administration received information of a black vehicle with California plates was making a currency drop in the area. Undercover officers located the vehicle and followed it until a marked unit could be present to conduct a stop of the vehicle. Officers were advised the vehicle in question had failed to signal lane changes multiple times and failed to maintain a single lane of traffic. Officers executed a traffic stop and the driver, later identified as Gregory Lee Fuentes, and a passenger by the name of Terry David Montoya were found to be in possession of a large green bag which contained a large undisclosed amount of currency consisting of mostly $100 bills wrapped with rubber bands and placed into bundles. Both Fuentes and Montoya denied ownership of the currency.

On February 21, 2017, Fuentes contacted the probation office and reported having contact with police on February 17, 2017, regarding a large amount of cash found inside the vehicle he was driving. On February 28, 2017, the probation officer conducted an unscheduled home visit and left a written notice with the offender's mother of a scheduled office visit on March 2, 2017. Fuentes' telephone was rejecting calls and there was no voicemails; thus making him unavailable for direct contact. On February 28, 2017, Fuentes contacted the probation office and confirmed receipt of his scheduled appointment. On March 2, 2017, Fuentes failed to report for the scheduled office visit and failed to contact the probation officer. His whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty:  __2__  year imprisonment;  __3__  year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Ramiro Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Guillermo Hernandez
U.S. Probation Officer
Date: May 18, 2017
Telephone #: 830-703-2093, ext. 6392

Approved:

_____
Patrick Paul Burke
Assistant U.S. Attorney

cc:   Victor Calderon
      Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐  No action.
☑  The issuance of a WARRANT.   Bond is set in the amount of $ _Detain_ cash/surety with supervision
by the United States Probation Office to continue as a condition of release.

☐  The issuance of a SUMMONS.
☐  Other _____

_____
Honorable Alia Moses
U.S. District Judge

5-22-17
Date



FID# 504461

AO 442    (Rev. 10/03) Warrant for Arrest  (Rev. 5.05 WDTX)

# UNITED STATES DISTRICT COURT

|  | Western |  | District of |  | Texas |  |
|--|---------|--|-------------|--|-------|--|

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.
**GREGORY LEE FUENTES**

Case Number:   DR-17-CR-484 (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          **GREGORY LEE FUENTES**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(See Attached Copy)

A true copy of the original, I certify.
Clerk, U.S. District Court

By
Deputy Clerk

in violation of Title(s) _____          United States Code, Section(s) _____

| B. Briones | |
|------------|--|
| Name of Issuing Officer | Signature of Issuing Officer |
| Operations Specialist | 5/23/2017                    Del Rio, TX |
| Title of Issuing Officer | Date and Location |

DATE ISSUED:    5/23/2017

Bail fixed at $    DETAIN          by          **U.S. DISTRICT JUDGE ALIA MOSES**

Name of Judicial Officer

| RETURN | | |
|--------|--|--|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

**FILED**

for

**WESTERN DISTRICT OF TEXAS**

MAY 2 2 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ *cl*_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Gregory Lee Fuentes                          Case Number:  DR-01-CR-501(1)

Name of Sentencing Judicial Officer:  The Honorable William Wayne Justice, Senior United States District Judge

Date of Original Sentence:  March 11, 2002

Original Offense:   Conspiracy to Possess with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A) & 846

Original Sentence: 360 months imprisonment followed a 5 year term of supervised release to be run concurrently to DR-00-CR-513(2)WWJ. June 23, 2003, sentenced amended to 204 months imprisonment, followed by a 5 year term of supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced:  April 8, 2016

Assistant U.S. Attorney:  Ernest Gonzalez                Defense Attorney:   Jonathan L. Munier

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
Deputy Clerk

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition No. 2:** The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month. |
| 2. | **Standard Condition No. 3:** The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer. |

On or about February 17, 2017, Houston Police Department along with the United States Drug Enforcement Administration received information of a black vehicle with California plates was making a currency drop in the area. Undercover officers located the vehicle and followed it until a marked unit could be present to conduct a stop of the vehicle. Officers were advised the vehicle in question had failed to signal lane changes multiple times and failed to maintain a single lane of traffic. Officers executed a traffic stop and the driver, later identified as Gregory Lee Fuentes, and a passenger by the name of Terry David Montoya were found to be in possession of a large green bag which contained a large undisclosed amount of currency consisting of mostly $100 bills wrapped with rubber bands and placed into bundles. Both Fuentes and Montoya denied ownership of the currency.

On February 21, 2017, Fuentes contacted the probation office and reported having contact with police on February 17, 2017, regarding a large amount of cash found inside the vehicle he was driving. On February 28, 2017, the probation officer conducted an unscheduled home visit and left a written notice with the offender's mother of a scheduled office visit on March 2, 2017. Fuentes' telephone was rejecting calls and there was no voicemails; thus making him unavailable for direct contact. On February 28, 2017, Fuentes contacted the probation office and confirmed receipt of his scheduled appointment. On March 2, 2017, Fuentes failed to report for the scheduled office visit and failed to contact the probation officer. His whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: __5__ year imprisonment; __5__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

□ extended for _____ years for a total term of _____ years

□ The conditions of supervision should be modified as follows:

Approved:

Ramiro Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

Guillermo Hernandez
Guillermo Hernandez
U.S. Probation Officer
Date: May 18, 2017
Telephone #: 830-703-2093, ext. 6392

Approved:

Patrick Paul Burke
Assistant U.S. Attorney

cc:    Victor Calderon
       Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐ No action.
☑ The issuance of a WARRANT. Bond is set in the amount of $ ___Dollar___ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

Honorable Alia Moses
U.S. District Judge

5-22-17
Date



FID# 504461

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.
GREGORY LEE FUENTES

Case Number:   DR-01-CR-501 (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    GREGORY LEE FUENTES

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY OF PETITION)

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
Deputy Clerk

in violation of Title(s) _____    United States Code, Section(s) _____

L. SANCHEZ

Name of Issuing Officer

_____ D. Sanchez

Signature of Issuing Officer

U.S. DEPUTY CLERK

Title of Issuing Officer

5/23/2017                          Del Rio, TX

Date and Location

DATE ISSUED:    5/23/2017

Bail fixed at $    DETAIN                          by

U.S. DISTRICT JUDGE, ALIA MOSES

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

**FILED**

## WESTERN DISTRICT OF TEXAS

MAY 2 2 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Gregory Lee Fuentes                                    Case Number:  DR-00-CR-513(2)

Name of Sentencing Judicial Officer:  The Honorable William Wayne Justice, Senior United States District Judge

Date of Original Sentence:  March 11, 2002

Original Offense: Ct. 3: Continual Criminal Enterprise, 21 U.S.C. § 848, and Cts. 4, 5, & 6: Conspiracy to Possess with Intent to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) & 846

Original Sentence: 360 months imprisonment on each count to be served concurrently to DR-01-CR-501(1)WWJ, followed a 5 year term of supervised release to be run concurrently to DR-01-CR-501(1)WWJ. August 16, 2005, sentenced amended to 204 months imprisonment on each count to be served concurrently to DR-01-CR-501(1)WWJ, followed by a 5 year term of supervised release to be served concurrently to DR-01-CR-501(1)WWJ.

Type of Supervision:  Supervised Release                    Date Supervision Commenced:  April 8, 2016

Assistant U.S. Attorney:  Ernest Gonzalez                    Defense Attorney:  Jonathan L. Munier

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒  The issuance of a warrant
☐  The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition No. 2:** The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month. |
| 2. | **Standard Condition No. 3:** The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer. |

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Deputy Clerk

On or about February 17, 2017, the Houston Police Department along with the United States Drug Enforcement Administration received information of a black vehicle with California plates was making a currency drop in the area. Undercover officers located the vehicle and followed it until a marked unit could be present to conduct a stop of the vehicle. Officers were advised the vehicle in question had failed to signal lane changes multiple times and failed to maintain a single lane of traffic. Officers executed a traffic stop and the driver, later identified as Gregory Lee Fuentes, and a passenger by the name of Terry David Montoya were found to be in possession of a large green bag which contained a large undisclosed amount of currency consisting of mostly $100 bills wrapped with rubber bands and placed into bundles. Both Fuentes and Montoya denied ownership of the currency.

On February 21, 2017, Fuentes contacted the probation office and reported having contact with police on February 17, 2017, regarding a large amount of cash found inside the vehicle he was driving. On February 28, 2017, the probation officer conducted an unscheduled home visit and left a written notice with the offender's mother of a scheduled office visit on March 2, 2017. Fuentes' telephone was rejecting calls and there was no voicemails; thus making him unavailable for direct contact. On February 28, 2017, Fuentes contacted the probation office and confirmed receipt of his scheduled appointment. On March 2, 2017, Fuentes failed to report for the scheduled office visit and failed to contact the probation officer. His whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.   (Maximum penalty: __3__ year imprisonment; __5__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Ramiro Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Guillermo Hernandez
U.S. Probation Officer
Date:   May 18, 2017
Telephone #: 830-703-2093, ext. 6392

Approved:

_____
Patrick Paul Burke
Assistant U.S. Attorney

cc:   Victor Calderon
      Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐ No action.
☑ The issuance of a WARRANT.   Bond is set in the amount of $ _Detain_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

5-22-17
_____
Date



AO 442    (Rev. 10/03) Warrant for Arrest  (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

_____ Western _____ District of _____ Texas _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

GREGORY LEE FUENTES

Case Number:  DR-01-CR-501 (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    GREGORY LEE FUENTES
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY OF PETITION)

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
Deputy Clerk

in violation of Title(s) _____ United States Code, Section(s) _____

L. SANCHEZ
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

U.S. DEPUTY CLERK
_____
Title of Issuing Officer

5/23/2017                    Del Rio, TX
_____
Date and Location

DATE ISSUED:    5/23/2017

Bail fixed at $    DETAIN    by    U.S. DISTRICT JUDGE, ALIA MOSES
_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



AO 442    (Rev. 10/03)  Warrant for Arrest   (Rev. 9/05 WDTX)

F1 D# 504461

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

GREGORY LEE FUENTES

**WARRANT FOR ARREST**

Case Number:   DR-00-CR-513(02)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GREGORY LEE FUENTES

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

See Attached Petition

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
Deputy Clerk

in violation of Title(s) _____ United States Code, Section(s)   See Attached Petition

MG Cienega
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED:      5/23/2017

Bail fixed at $   DETAIN

Signature of Issuing Officer

5/23/2017                     Del Rio, TX
Date and Location

by   U.S. District Judge Alia Moses
Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



978PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Gregory Lee Fuentes a/k/a "Greg Garcia"          Case Number:  DR-20-CR-00978(1)

Name of Sentencing Judicial Officer:  Chief United States District Judge Roger Vinson

Date of Original Sentence:  August 13, 2003

Original Offense: Ct. 1: Possession with Intent to Distribute 5 Grams or More of Methamphetamine and 50 Grams or More of Mixture or Substance Containing Methamphetamine. 21 U.S.C. § 848(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2

Original Sentence: 192 months imprisonment served concurrently to the terms imposed by the Western District of Texas in Case Nos. DR00CR513(2) and DR01CR501(1), followed by a 5 year term of supervised release served concurrently with the supervised release imposed by the Western District of Texas in Case nos. DR00CR513(2) and DR01CR501(1). On May 30, 2015, the defendant's sentence was amended to 174 months imprisonment.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  April 8, 2016

Assistant U.S. Attorney:  Edwin F. Knight          Defense Attorney:    E. Mathew Leeper, Jr.

---

### PREVIOUS COURT ACTION

On May 11, 2020, a Transfer of Jurisdiction was filed with this Court.

### PETITIONING THE COURT

A true copy of the original. I certify.
Clerk, U.S. District Court

_____
Deputy Clerk

☒  The issuance of a warrant
☐  The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon. |
| 2. | **Standard Condition No. 7:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substance, except as prescribed by a physician. |

3.          **Standard Condition No. 8:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

4.          **Standard Condition No. 9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associated with any person convicted of a felony unless granted permission to do so by the probation officer.

On November 6, 2019, Fuentes was one of fifteen individuals Indicted by the United States District Court for the Eastern District of Arkansas under Docket Number 4:19CR00609. Count 1: Conspiring to intentionally distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C. 841(a)(1) and 841(b)(1)(A), Count 2: conspiring to intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21 U.S.C. 841 (a)(1) and 841(b)(1)(A), Count 3: Conspiring to intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, U.S.C. 841(a)(1) and 841(b)(1)(A), Count 4: Conspired to intentionally distribute and possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21 U.S.C. 841(a)(1) and 841(b)(1)(a), and Count 5: Conspiring to intentionally distribute and possess with intent to distribute more than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of Title 21, U.S.C. 841(a)(1) and 841(b)(1)(C). Currently, these charges remain pending.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒   revoked. (Maximum penalty: __5__ year imprisonment; __5__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐   extended for _____ years for a total term of _____ years

☐   The conditions of supervision should be modified as follows:

Approved:

Ramiro Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

Guillermo Hernandez
U.S. Probation Officer
Date:  June 5, 2020
Telephone #: 830-703-2093, ext. 6392

Approved:

Jody Ann Gilzene
Supervising U.S. Attorney

cc:     Javier Ceniceros
        Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐   No action.
☑   The issuance of a WARRANT.   Bond is set in the amount of $_____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐   The issuance of a SUMMONS.
☐   Other   _____

Honorable Alia Moses
U.S. District Judge

6 - 8 - 20 20
Date



FM# 50446

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

GREGORY LEE FUENTES

### WARRANT FOR ARREST

Case Number:  2:20-cr-978 (01) AM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GREGORY LEE FUENTES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

U.S. MARSHALS SERVICE
RECEIVED

in violation of Title(s) _____   JUN 09 2020 _____   United States Code, Section(s) __SEE ATTACHED PETITION__

J.A. Ward   DEL RIO, TX
Name of Issuing Officer

Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

6/9/2020   Del Rio, TX
Date and Location

DATE ISSUED:   6/9/2020

Bail fixed at $   DETAIN   by   US District Judge Alia Moses
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |